

October 13, 2025

**VIA ELECTRONIC FILING**
Mr. Jarrett B. Perlow, Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

    Re:    *Kaptan Demir Celik Endustrisi ve Ticaret A.S. v. United States*, Ct. No. 24-1431: RTAC's Response to Plaintiff-Appellee's Notice of Supplemental Authority

Dear Mr. Perlow:

Pursuant to FRAP 28(j), Defendants-Appellants the Rebar Trade Action Coalition and its individual members (collectively "RTAC") respectfully respond to Plaintiff-Appellee Kaptan Demir Celik Endustrisi ve Ticaret A.S.'s ("Kaptan") Notice of Supplemental Authority. RTAC submits that this Court's October 8, 2025 decision in *Gujarat Fluorochemicals Ltd. v. United States*, Ct. No. 2024-1268 ("*Gujarat*") supports RTAC's position that an important consideration in the cross-attribution analysis is the physical relationship between the input and the downstream product, and that the Department of Commerce ("Commerce") should have cross-attributed subsidies received by Kaptan's cross-owned input supplier.

To support its position in this case, RTAC relied heavily on the U.S. Court of International Trade's ("CIT") opinion in *Gujarat Fluorochemicals Ltd. v. United States*, 617 F. Supp. 3d 1328 (Ct. Int'l Trade 2023), which this Court has now affirmed. In affirming the CIT's opinion, this Court noted with approval that the preamble to Commerce's countervailing duty regulations "illustrate{s} that the physical connection between the input and the downstream products is an important consideration" in the cross-attribution analysis. *Gujarat* at 11.

Accordingly, RTAC submits that the Court's opinion in *Gujarat* further supports its position that Commerce's remand determination was not in accordance with law, and that Commerce's original determination should be reinstated. At the very least, the agency's remand determination should be remanded for further consideration.

Respectfully submitted,

*/s/ John R. Shane*
Alan H. Price, Esq.
John R. Shane, Esq.
Maureen E. Thorson, Esq.

*Counsel to the Rebar Trade Action Coalition and its individual members*
