# United States Court of Appeals for the Federal Circuit

_____

KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S., COLAKOGLU DIS TICARET A.S., COLAKOGLU METALURJI A.S.,
*Plaintiffs-Appellees*

v.

UNITED STATES,
*Defendant-Appellee*

v.

REBAR TRADE ACTION COALITION, BYER STEEL GROUP, INC., COMMERCIAL METALS COMPANY, GERDAU AMERISTEEL U.S. INC., NUCOR CORPORATION, STEEL DYNAMICS, INC.,
*Defendants-Appellants*

_____

2024-1431

_____

Appeal from the United States Court of International Trade in No. 1:21-cv-00565-GSK, Judge Gary S. Katzmann.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered November 17, 2025, and pursuant to Rule 41 of the Federal

Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 9, 2026
Date

Jarrett B. Perlow
Clerk of Court